UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**James R. Mickelson,**                              **Civil No. 06-4261(JNE/SRN)**

       **Petitioner,**

   **v.**                                                   **ORDER**

**Carol Holinka, Warden,**

       **Respondent.**

---

James R. Mickelson, pro se

William H. Koch, Esq., Office of the United States Attorney, 300 South 4th Street, Minneapolis, Minnesota 55415, for Respondent

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. Petitioner's Motion Seeking Relief by Way of § 2241 Habeas Corpus (Doc. No. 2) is **DENIED**.

Dated: August 3, 2007

                                                      s/ Joan N. Ericksen
                                                      JOAN N. ERICKSEN
                                                      United States District Court Judge